# United States District Court
# Violation Notice

CVB Location Code: NH70

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F0EP005F | Tidwell | 2579 |

F0EP005F

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 09/05/2026 16:20 | FED 36CFR261.12G |

Place of Offense
Gale River Road

Offense Description: Factual Basis for Charge
Equipment Violation- Defective Taillight

HAZMAT ☐

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Uzialko | Bernadette | M |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| | ☐ | | |

☐ Adult ☐ Juvenile | Sex ☐ M ☐ F | Race | Hair | Eyes | Height | Weight

## VEHICLE

VIN:

CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 5032021 | NH | | FORD/FIESTA | ☐ | BLU |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 50.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| $ 80.00 | Total Collateral Due |

PAY THIS AMOUNT

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address
55 Pleasant Street, Concord, New Hampshire 03301

Date (mm/dd/yyyy)

Time (hh:mm)
10:30

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

F0EP005F

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 09/05/2026 while exercising my duties as a law enforcement officer in the ______________ District of NH

Pursuant to 16USC 551: that I, Officer Eric Tidwell (#2579) assisted by Officer Dale Clukey (#2520) investigated a violation of 36 CFR 261.12(G) Operating a Motor Vehicle in Violation of State Law- Equipment Violation.

While on patrol in the Gale River Road area of the White Mountain National Forest Officers were making routine site visits when I saw a blue Ford Fiesta (NH 5032021) parked in front of Gale River Camping Site #5. Officers noted that the back passenger taillight was completely gone from the vehicle, and that there was body damage and paint scratches on the rear driver side that made the vehicle appear to have been in an accident.

I then made contact with and later identified her by her New Hampshire driver's license as Bernadette M UZIALKO (NH NHL19935696).

When asked where UZIALKO was living, she stated that she was living on the Forest. When I asked how long she had been there, she stated for 13 days.

Upon investigation, the campsite had dog food out on the ground that appeared wet from the rain, various pieces of trash and dog poop around the campsite, and food stored inside a soft-sided tent. When asked if they store the food properly UZIALKO stated she does not.

I then asked UZIALKO about the car damage, and she stated that she had been in a car accident some time ago and that she was going to get it fixed soon, and that she had driven the vehicle to this area with the damage. UZIALKO also stated that no Officer on the roads had seemed to care about her car damage.

There exists a Forest Order (R9-22-24-02) stating that "Except while being prepared, consumed, or transported, all food and food containers shall be properly stored at all times. At no time will these items be left unattended...the purpose of this Order is to minimize adverse interactions between bears and humans."

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/05/2026 [signature]

Date (mm/dd/yyyy) Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident